THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00301-MR

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>  )<br>                    **Plaintiff,**  )<br>  )<br>        vs.                         )<br>  )<br> **COY A. BROWN; PATRICIA BROWN;**  )<br> **HOMETRUST BANK; and HAYWOOD**  )<br> **COUNTY, NORTH CAROLINA**   )<br>  )<br>                    **Defendants.**  )<br>_____ ) | **ORDER AND DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on the United States' Motion for Default Judgment against Defendants Patricia Brown and HomeTrust Bank. [Doc. 21]. Default having been entered against Defendants Patricia Brown and HomeTrust Bank for their failure to appear or otherwise defend [Docs. 9; 14], the United States having requested a judgment against them, and for good cause shown it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The United States' Motion for Default Judgment is **GRANTED**;

2. **JUDGMENT** is entered as to Count I in favor of the United States and against Patricia Brown for her unpaid federal income taxes for the 2012

tax year, penalties, and statutory interest, in the total amount of $12,927.57, as of May 17, 2021, plus statutory interest and penalties accruing after that date according to law until paid;

3.  **JUDGMENT** is entered as to Count II in favor of the United States and against Defendants Patricia Brown and HomeTrust Bank; and

4.  Defendants Patricia Brown and HomeTrust Bank have no interest in the subject real property, and if the property is sold, Defendants Patricia Brown and HomeTrust, shall take nothing from the sale of that real property.

**IT IS SO ORDERED.**

Signed: June 16, 2021

Martin Reidinger
Chief United States District Judge