IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00301-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) COY A. BROWN, PATRICIA BROWN, ) HOMETRUST BANK, and HAYWOOD ) COUNTY, NORTH CAROLINA, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Vacate Order of Sale pursuant to Rule 60(b)(5) [Doc. 28].

The Real Property having been sold by agreement of the parties, and the Court being sufficiently advised, the Court will grant the Government's Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 28] is **GRANTED**, and the Order of Sale entered June 16, 2021 [Doc. 27] is hereby **VACATED**.

IT IS SO ORDERED.

*/s/ Martin Reidinger*
Martin Reidinger
Chief United States District Judge